IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL PETERSON,               )
                                )
        Plaintiff,              )
                                )
v.                              )     Case No.  4:25-cv-01321-ZMB
                                )
THE ZURICH SERVICES CORPORATION, )
                                )
        Defendant.              )

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Peterson and Defendant The

Zurich Services Corporation hereby stipulate and agree, through their undersigned counsel, that

all claims and counterclaims in the above-captioned lawsuit are hereby dismissed with prejudice.

Each party is to bear his or its own costs and attorneys' fees.

Respectfully submitted,

/s/ Paige Sparks
Paige Sparks, #72143MO
**SPARKS LEGAL**
1777 Washington Crossing, #1063
Washington, MO 63090
Telephone: (636) 388-8285
paige@sparkslegal.org

*Attorneys for Plaintiff Michael Peterson*

/s/ Margo Wolf O'Donnell (with consent)
Margo Wolf O'Donnell *(Pro Hac Vice)*
**Benesch, Friedlander, Coplan & Aronoff LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
T: 312.212.4949, F: 312.767.9192
modonnell@beneschlaw.com

Mallory Stumpf Zoia, #70377MO
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
T: 314.802.3935, F: 314.802.3936
mallory.zoia@ogletree.com

*Attorneys for Defendant*
*The Zurich Services Corporation*

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with this Honorable Court on July 9, 2026, via the Court's CM/ECF system and contemporaneously served upon all counsel of record by operation thereof.

/s/ Paige Sparks
Paige Sparks, #72143MO